**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TQP development, LLC** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 2:11-CV-00249** |
| **Allianz Life Insurance Company of North America,** *et al.* | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

**PLAINTIFF TQP DEVELOPMENT, LLC'S ANSWER
TO DEFENDANT STATE FARM MUTUAL INSURANCE
COMPANY'S AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**

Plaintiff, TQP Development, LLC ("TQP"), answers the Counterclaims of Defendant State Farm Mutual Insurance Company ("State Farm") (Dkt. No. 146) filed September 19, 2011, by corresponding paragraph number as follows:

**COUNTERCLAIMS**

72.     To the extent that State Farm purports to incorporate the allegations of its Answer and Affirmative Defenses, such incorporation is improper and requires no response.  Subject to the foregoing, TQP denies the merits of State Farm's denials of liability, defenses and affirmative defenses, and TQP denies all averments in State Farm's Answer, Affirmative Defenses, and Counterclaims that are inconsistent with the relief requested by TQP.

**THE PARTIES**

73.     Admitted.

74.     TQP admits that it is a limited liability company with its principle place of business in Marshall, Texas.

## JURISDICTION AND VENUE

75.     TQP admits that this Court has subject matter jurisdiction regarding State Farm's infringement of the asserted patent.  TQP admits State Farm seeks declaratory relief.  However, TQP denies that State Farm is entitled to such relief.  Except as so admitted, TQP denies the remaining allegations in paragraph 75.

76.     TQP admits that this Court has subject matter jurisdiction regarding State Farm's infringement of the asserted patent.  Except as so admitted, TQP denies the remaining allegations in paragraph 76.

77.     Admitted.

78.     Admitted.

79.     TQP admits there is a real controversy concerning State Farm's infringement of the asserted patent.  Except as so admitted, TQP denies the remaining allegations in paragraph 79.

## FIRST COUNTERCLAIM

### (Declaratory Judgment of Non-Infringement)

80.     To the extent that State farm purports to incorporate the allegations of its Answer, Defenses, and Counterclaims, such incorporation is improper and requires no response.  Subject to the foregoing, TQP denies the merits of State Farm's denials of liability, defenses, and affirmative defenses, and TQP denies all averments in State Farm's Answer, Affirmative Defenses, and Counterclaims that are inconsistent with the relief sought by TQP.

81.     Denied.

82.     TQP admits State Farm seeks a judicial determination and declaration that it does not infringe the'730 Patent.  However, TQP denies that State Farm is entitled to any such relief.

83.     TQP admits that State Farm requested this Court declare this case to be exceptional, and award State Farm its reasonable attorney's fees, costs and expenses.  However, TQP denies State Farm is entitled to any such relief.

84.     TQP denies that State Farm is entitled to any relief.

## SECOND COUNTERCLAIM

### (Declaratory Judgment of Invalidity)

85.     To the extent that State farm purports to incorporate the allegations of its Answer, Defenses, and Counterclaims, such incorporation is improper and requires no response.  Subject to the foregoing, TQP denies the merits of State Farm's denials of liability, defenses, and affirmative defenses, and TQP denies all averments in State Farm's Answer, Affirmative Defenses, and Counterclaims that are inconsistent with the relief sought by TQP.

86.     Denied.

87.     TQP admits State Farm seeks a judicial determination that the claims of the '730 patent are invalid.  However, TQP denies that State Farm is entitled to any such relief.

88.     TQP admits that State Farm requested this Court declare this case to be exceptional, and award State Farm its reasonable attorney's fees, costs and expenses.  However, TQP denies State Farm is entitled to any such relief.

89.     TQP denies that State Farm is entitled to any such relief.

## PRAY FOR RELIEF

State Farm's Prayer for Relief is an averment to which no responsive pleading is required pursuant to Federal Rule of Civil Procedure 8(d) and is therefore denied.

## DEMAND FOR JURY TRIAL

State Farm's Jury Demand is an averment to which no responsive pleading is required

pursuant to Federal Rule of Civil Procedure 8(d) and is therefore denied.


DATED September 28, 2011.             Respectfully submitted,

                                      By: \s\ *Hao Ni*
                                      Hao Ni
                                      Texas Bar No. 24047205
                                      hni@nilawfirm.com
                                      Ni Law Firm, PLLC
                                      3102 Maple Ave. Suite 400
                                      Dallas, TX 75201
                                      Telephone: (214) 800-2208
                                      Fax: (214) 880-2209

                                      Andrew Wesley Spangler
                                      Spangler Law PC
                                      208 N. Green St., Suite 300
                                      Longview, TX 75601
                                      903-753-9300
                                      Fax: 903-553-0403
                                      Email: spangler@spanglerlawpc.com

                                      Marc Fenster
                                      mfenster@raklaw.com
                                      Andrew D Weiss
                                      Email: aweiss@raklaw.com
                                      Adam Hoffman
                                      Email: ahoffman@raklaw.com
                                      Alexander Giza
                                      Email: agiza@raklaw.com
                                      Russ August & Kabat
                                      12424 Wilshire Boulevard, 12th Floor
                                      Los Angeles, CA 90025
                                      310-826-7474
                                      Fax: 310-826-6991

                                      **ATTORNEYS FOR PLAINTIFF
                                      TQP DEVELOPMENT, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date

\s\      *Hao Ni*          _