**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § | |
| Plaintiff, | § | Case No. 2:11-CV-00249-TJW |
| v. | § | JURY TRIAL DEMANDED |
| ALLIANZ LIFE INSURANCE et al., | § | |
| Defendants. | § | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff, TQP Development, LLC, and defendant, Charles Schwab & Co., Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**SETTLEMENT AGREEMENT**", with each party to bear its own costs, expenses and attorneys' fees.

DATED: October 17, 2011

Respectfully submitted,

By: \s\ *Hao Ni*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Ni Law Firm, PLLC
3102 Maple Ave. Suite 400
Dallas, TX 75201
Telephone: (214) 800-2208
Fax: (214) 880-2209

Andrew Wesley Spangler
Spangler Law PC
208 N. Green St., Suite 300
Longview, TX 75601
903-753-9300
Fax: 903-553-0403
Email: spangler@spanglerlawpc.com

Marc Fenster
mfenster@raklaw.com
Andrew D Weiss
Email: aweiss@raklaw.com
Adam Hoffman
Email: ahoffman@raklaw.com
Alexander Giza
Email: agiza@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991

**ATTORNEYS FOR PLAINTIFF TQP DEVELOPMENT, LLC**

/s/ *Brett C. Govett* (with permission)
Brett C. Govett
Texas Bar No. 08235900
bgovett@fulbright.com
Attorney-in-Charge
FULBRIGHT &JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Case 2:11-cv-00249-TJW Document 79 Filed 07/06/11 Page 14 of 16
95115057.1 - 15 -
Dallas, Texas 75201-2784
Tel: (214) 855-8000
Fax: (214) 855-8200

Eric Hall (Texas Bar No. 24012767)
ehall@fulbright.com
FULBRIGHT &JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

Tel: (713) 651-5151
Fax: (713) 651-5246

Anuj D. Dharia
Texas Bar No. 24069611
adharia@fulbright.com
FULBRIGHT &JAWORSKI L.L.P.
98 San Jacinto Boulevard, Suite 110
Austin, TX 78701-4255
Tel: (512) 474-5201
Fax: (512) 536-4598

**ATTORNEYS FOR
DEFENDANT AND
COUNTERCLAIMANT,
CHARLES SCHWAB & CO., INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date.

\s\ *Hao Ni*
Hao Ni