**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § § § § § | |
| Plaintiff, | § | Case No. 2:11-CV-00249-TJW |
| v. | § § | JURY TRIAL DEMANDED |
| ALLIANZ LIFE INSURANCE et al., | § § | |
| Defendants. | § § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court is of the opinion that the Stipulated Dismissal with Prejudice agreed to by TQP Development, LLC ("TQP") and Charles Schwab & Co., Inc. ("Schwab") should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims made by TQP against Schwab and all counterclaims made by Schwab against TQP therein are hereby DISMISSED WITH PREJUDICE. All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring the same.

This is a final judgment.

**SIGNED this 20th day of October, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE