**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **TQP DEVELOPMENT, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, et al.**<br><br>**Defendants.** | **2:11-CV-00249-TJW**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Defendants Allianz Life Insurance Company of North America; CNA Financial Corporation; Dodge & Cox; Nationwide Investment Services Corporation; Nationwide Mutual Insurance Company; Oppenheimerfunds, Inc.; and The Travelers Indemnity Company ("Defendants") file this their Notice of Appearance of Additional Counsel, and hereby notifies the Court that Jane J. Du, of the law firm Fish & Richardson P.C., located at 1717 Main Street, Suite 5000, Dallas, Texas 75201, is appearing as additional counsel for Defendants in the above-referenced matter. All pleadings, discovery, correspondence, and other material should be served upon counsel at the above-referenced address.

Dated: October 24, 2011

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Jane J. Du*

Neil J. McNabnay
mcnabnay@fr.com
Texas Bar No. 24002583
David B. Conrad
conrad@fr.com
Texas Bar No. 24049042
Jane J. Du
jjdu@fr.com
Texas Bar No. 24076355
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone
(214) 747-2091 - Facsimile

**COUNSEL FOR DEFENDANTS**
**ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA; CNA FINANCIAL CORPORATION; DODGE & COX; NATIONWIDE INVESTMENT SERVICES CORPORATION; NATIONWIDE MUTUAL INSURANCE COMPANY; OPPENHEIMERFUNDS, INC.; AND THE TRAVELERS INDEMNITY COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 24, 2011, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jane J. Du*
Jane J. Du