# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TQP DEVELOPMENT, LLC** | |
|     PLAINTIFF, | |
|     V. | Civil Action No. 2:11-CV-00249 |
| **ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,** *ET AL.* | **JURY TRIAL DEMANDED** |
|     DEFENDANTS. | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, TQP Development, LLC and Defendants OppenheimerFunds, Inc. Dodge & Cox, Nationwide Investment Services Corporation, Nationwide Mutual Insurance Company, and The Travelers Indemnity Company, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing Plaintiff's claims in this action against Defendants OppenheimerFunds, Inc.; Dodge & Cox; Nationwide Investment Services Corporation, Nationwide Mutual Insurance Company, and The Travelers Indemnity Company, WITH PREJUDICE and dismissing all counterclaims as MOOT, subject to the terms of that certain agreement entitled "MASTER AGREEMENT" and dated December 28, 2011, with each party to bear its own costs, expenses and attorneys' fees.

DATED January 5, 2012.    Respectfully submitted,

                                                By: \s\ *Hao Ni*
                                                Hao Ni
                                                Texas Bar No. 24047205
                                                Ni Law Firm, PLLC
                                                3102 Maple Ave. Suite 400
                                                Dallas, TX 75201
                                                Telephone: (214) 800-2208
                                                Fax: (214) 880-2209
                                                E-mail: hni@nilawfirm.com

Andrew Wesley Spangler
Spangler Law PC
208 N. Green St., Suite 300
Longview, TX 75601
903-753-9300
Fax: 903-553-0403
Email: spangler@spanglerlawpc.com

Marc Fenster
mfenster@raklaw.com
Andrew D Weiss
Email: aweiss@raklaw.com
Adam Hoffman
Email: ahoffman@raklaw.com
Alexander Giza
Email: agiza@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
**ATTORNEYS FOR PLAINTIFF TQP DEVELOPMENT, LLC.**

By: /s/ Neil J. McNabnay
Neil J. McNabnay
mcnabnay@fr.com
Texas Bar No. 24002583
David B. Conrad
conrad@fr.com
Texas Bar No. 24049042
Jane J. Du
jjdu@fr.com
Virginia Bar No. 78449
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone
(214) 747-2091 – Facsimile
**ATTORNEYS FOR DEFENDANTS OPPENHEIMERFUNDS, INC.; MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; DODGE & COX; NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION; NEW YORK LIFE INSURANCE COMPANY;**

              **THE TRAVELERS INDEMNITY COMPANY; AND THE TRAVELERS COMPANIES, INC.**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date

                                              \s\ *Hao Ni*
                                              Hao Ni