IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC §<br>Plaintiff §<br>§<br>vs. §<br>§<br>ALLIANZ LIFE INSURANCE, ET AL. §<br>Defendants § | Cause No. 2:11cv249 |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, TQP Development, LLC, and Defendants (1) The Capital Group Companies, Inc., and (2) American Funds Distributors, Inc. in this case, and the Court being of the opinion that said motion should be **GRANTED**, it is hereby

**ORDERED, ADJUDGED AND DECREED** that all claims asserted in this suit between plaintiff, TQP Development, LLC and defendants (1) The Capital Group Companies, Inc., and (2) American Funds Distributors, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated November 7, 2012. It is further

**ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

It is SO ORDERED.

SIGNED this 13th day of November, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE